UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 26 2012 ★
BROOKLYN OFFICE

KWANG JIN KIM,
on behalf of himself and others similarly situated,

                Plaintiff,

v.

J.S.L. FARM CORP., TAE HEUNG NAM
and JUNG SOON LEE

                Defendants.

Case No.:
12-cv-2229 (JBW)(MDG)

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      **PLEASE TAKE NOTICE** that the claims of plaintiff, KWANG JIN KIM, are hereby dismissed with prejudice in their entirety as against the defendants, J.S.L. FARM CORP., TAE HEUNG NAM and JUNG SOON LEE pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 20, 2012
New York, New York

                Lee Litigation Group, PLLC
                C.K. Lee, Esq
                30 East 39 Street, 2nd FL
                New York, NY 10005
                Phone: (212) 465-1181

                /s/ C.K. Lee
                C.K. Lee, Esq. (CL 4086)

close the case

SO ORDERED:
_____
U.S.D.J
7/24/12